THE PEOPLE OF THE STATE OF NEW YORK ex rel. METRO-
POLITAN LIFE INSURANCE · COMPANY, Respondent, *v.*
WALTER H. KNAPP et al., Constituting the State Tax
Commission, Appellants.

*Tax — amounts received by insurance company as consideration for
annuity contracts not properly included in computing franchise tax
under section 187 of Tax Law.*

*People ex rel. Metropolitan L. Ins. Co.* v. *Knapp*, 193 App. Div.
413, affirmed.

(Argued June 6, 1921; decided July 14, 1921.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered·
November 20, 1920, which annulled, on certiorari, a
determination of the state tax commission denying an
application by relator for revision of franchise taxes
levied against it for the years 1914, 1915, 1916 and 1917·
and directed remittance of the matter to the state tax
commission for revision and correction herein, by omitting
from the accounts imposing taxes on the relator under
section 187 of the Tax Law, for the years 1915, 1916 and
1917, the taxes based upon amounts received by the
relator as consideration for annuity contracts, and as so
corrected such accounts be restated against the relator,
and directing that the state comptroller refund to the
relator the amounts of such assessments illegally collected.

*Charles D. Newton,* Attorney-General (*C. T. Dawes* of
counsel), for appellants.

*John G. Milburn, Joseph W. Welsh* and *Le Roy A.
Lincoln* for respondent.

Order affirmed, with costs, on opinion of H. T. KEL-
LOGG, J., below.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, McLAUGH-
LIN and ANDREWS, JJ.; POUND, J., dissents on dissenting
opinion of KELLOGG, P. J., below. Absent: CRANE, J.